IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANTAYA, LLC, DEVAYA, LLC, and DAKSHAYA, LLC,<br>　　　　Plaintiffs,<br><br>v.<br><br>LINDY ENTERPRISES, LLC, and LINDY ABSECON, LLC,<br>　　　　Defendants. | CIVIL ACTION<br><br><br>NO. 19-5776 |

# O R D E R

**AND NOW**, this 5th day of November, 2020, upon consideration of Defendants' Motion to Dismiss the Complaint for Failure to State a Claim (Document No. 5, filed February 7, 2020), Plaintiffs' Brief in Opposition to Defendants' Motion to Dismiss for Failure to State a Claim (Document No. 6, filed February 21, 2020), and Defendants' Reply in Support of the Motion to Dismiss for Failure to State a Claim (Document No. 9, filed March 4, 2020), for the reasons stated in the accompanying Memorandum dated November 5, 2020, **IT IS ORDERED** that defendants' Motion to Dismiss is **DENIED.**

**IT IS FURTHER ORDERED** that a preliminary pretrial conference will be scheduled in due course.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　/s/ Hon. Jan E. DuBois
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**DuBOIS, JAN E., J.**